JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Riverwood Gas and Oil LLC | Case No. 2:19-CV-04031-RGK |
| | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On January 3, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [7]. A response to the Order to Show Cause was due on or before January 13, 2020. As of this date, appellant has failed to respond to the Order to Show Cause. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: MAR 1 2 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE